the causes of action were upon oral special promises to answer for the debt, default or miscarriage of another, and also a failure of consideration for said promises.

*Robert S. Sloan* for appellant.

*Harold T. Edwards* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

GEORGE R. MARTIN, an Infant, by JAMES W. MARTIN, His Guardian ad Litem, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

JAMES W. MARTIN, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Negligence — streets — New York city — municipal corporations — action to recover for personal injuries from fall caused by catching foot in hole in sidewalk.*

*Martin v. City of New York* (2 cases), 215 App. Div. 405, affirmed. (Argued May 7, 1926; decided May 25, 1926.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 17, 1926, affirming a judgment in favor of plaintiff entered upon a verdict. The first action was to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second action, by the father of the plaintiff in the first, was to recover for expense and loss of services arising from such injuries. The infant plaintiff, about ten years eight months old, while playing tag with other boys in One Hundred and Fifty-second street, borough of The Bronx, city of New York, ran up on the sidewalk, about 115 feet west of Melrose avenue, when his left foot went into a hole, causing him to lose his balance and trip or fall over a pipe sticking up out of the sidewalk, throwing him into an excavation at the side of the walk and causing the injuries complained of,

*George P. Nicholson, Corporation Counsel (John F. O'Brien, Elliot S. Benedict* and *Charles C. Marrin* of counsel), for appellant.

*Martin E. Burke* and *Samuel F. Moran* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: MCLAUGHLIN, J. Absent: ANDREWS, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAM WING, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

. (Argued May 10, 1926; decided May 25, 1926.)

APPEAL from a judgment of the Supreme Court rendered October 26, 1925, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert S. Johnstone, Stanley L. Richter, Elmer F. Quinn* and *Robert H. Elder* for appellant.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel) for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.

---

DANIEL J. JENNINGS et al., Respondents, *v.* JENNIE BAUMANN et al., as Executrices of MARY BAUMANN, Deceased, Appellants.

*Vendor and purchaser — real property — title — encroachment — title to real property unmarketable by reason of encroachments in street.*

*Jennings* v. *Baumann,* 214 App. Div. 361, affirmed.

(Argued May 10, 1926; decided May 25, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 6, 1925, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial